# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Dr. Amber Hull,<br><br>　　　Plaintiff<br><br>v.<br><br>Sunshine Valley Health Care-Wesley J. Robertson M.D. Prof. Corp; et al,<br><br>　　　Defendants | Case No.: 2:21-cv-01350-JAD-DJA<br><br>**Remand Order**<br><br>[ECF Nos. 2, 10, 13] |

　　　Plaintiff having shown that this court lacks subject-matter jurisdiction over this matter, and as defendant does not oppose the motion to remand, IT IS HEREBY ORDERED that:

- Plaintiff's Motion to Remand **[ECF No. 13] is GRANTED**;

- The Clerk of Court is directed to **REMAND this case back to the Eighth Judicial District Court, Department 27, Case No. A-21-836557-C,** and CLOSE THIS CASE;

- All other motions **[ECF Nos. 2, 10] are DENIED** as moot and without prejudice; and

- Plaintiff's request for an award of fees and costs is denied as the request does not satisfy Local Rule 54-14.

Dated: August 22, 2021

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge Jennifer A. Dorsey